JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>BABY TREND, INC.,<br><br>Defendant. | Case No. 5:21-cv-01983-AB (PDx)<br><br>[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

The Court having reviewed the parties' Stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that that above-entitled action be, and hereby is, **DISMISSED WITH PREJUDICE**, as to all claims, causes of action, and parties, with each party bearing its own fees and costs.

Dated: March 11, 2022

_____
Honorable André Birotte Jr.
United States District Judge

Case 5:21-cv-01983-AB-PD   Document 29   Filed 03/11/22   Page 2 of 2   Page ID #:222

2

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. 5:21-CV-01983-AB (PDX)